ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RICHARD CASTILLO and JUDY ANN CASTILLO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:24-CV-02311-TLN-JDP<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

This matter settled at a Settlement Conference held on December 18, 2025, before the Honorable Dennis M. Cota and the Court set the deadline to file dispositional documents by January 20, 2026. *See* ECF No. 18.  Nearly all settlement procedures are complete, but the parties require additional time to completely resolve this matter and file a stipulated request to dismiss this matter with prejudice.  Good cause exists to extend the deadline to file dispositional documents so that this matter can be completely resolved.

Accordingly, IT IS HEREBY STIPULATED that, under Local Rule 160(b), the deadline to file dispositional documents be extended to March 20, 2026.

IT IS SO STIPULATED.

//

//

STIPULATION; ORDER                                                1

Dated:  January 14, 2026

ERIC GRANT
United States Attorney


By:  */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for the United States


Dated:  January 14, 2026

BAUMAN LAW APLC



By:  */s/ Estivi Ruiz (auth. 1/14/2026)*
ESTIVI RUIZ

Attorneys for Plaintiffs


## ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

Based on the parties' stipulation, and good cause appearing, the deadline to file dispositional documents is extended to March 20, 2026.

IT IS SO ORDERED.

Dated:  January 16, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION; ORDER                                    2